Certificate Number: 12433-PAM-DE-032429351

Bankruptcy Case Number: 19-00693



12433-PAM-DE-032429351

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on March 12, 2019, at 12:12 o'clock PM EDT, Blaine C. Fardella completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 12, 2019       By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher