United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 19-00693-RNO
Blaine C. Fardella                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
```
db             +Blaine C. Fardella,    1174 Mattioli Road,    Bartonsville, PA 18321-7790
5163980        +ALLIED INTERSTATE,    PO BOX 361445,    COLUMBUS, OH 43236-1445
5163981        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BANK OF AMERICA,    PO BOX 982238,   EL PASO, TX 79998-2238)
5171434        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5163984        +CCB CREDIT SVCS,    PO  BOX 272,    SPRINGFIELD, IL 62705-0272
5163985        +CHASE BANK,    PO BOX 15298,    WILMINGTON, DE 19850-5298
5163986        +CHASE CARD,    PO  BOX 15298,    WILMINGTON, DE 19850-5298
5163987        +CITIBANK NA,    PO BOX 769006,    SAN ANTONIO, TX 78245-9006
5174306         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5163990        +GLOBAL CREDIT & COLL,    5440 N CUMBELAND AVE,    SUITE 300,    CHICAGO, IL 60656-1486
5163991        +HAYT HAYT & LANDAU,    TWO INDUSTRIAL WAY WEST,    EATONTOWN, NJ 07724-2279
5163995         PNC BANK NA,    PO BOX 5570,    CLEVELAND, OH 44101-0570
5163998         TRI-STATE FINANCIAL,    PO BOX 29352,    PHOENIX, AZ 85038-9352
5163999         US DEPT OF EDUCATION,    PO BOX 16448,    SAINT PAUL, MN 55116-0448
5164000        +US DEPT OF EDUCATION/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2019 19:28:35
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5163982         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2019 19:17:59          CAPITAL ONE,
                PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5163983        +E-mail/Text: bankruptcy@cavps.com Mar 28 2019 19:12:39          CAVALRY PORTFOLIO SERVICE,
                500 SUMMIT LAKE DRIVE,    SUITE 400,    VALHALLA, NY 10595-2322
5163988         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2019 19:12:27          COMENITY BANK,
                BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5164613        +E-mail/Text: bankruptcy@cavps.com Mar 28 2019 19:12:38          Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5163989         E-mail/Text: mrdiscen@discover.com Mar 28 2019 19:12:15          DISCOVER BANK,
                6500 NEW ALBANY ROAD,    NEW ALBANY, OH 43054
5165514         E-mail/Text: mrdiscen@discover.com Mar 28 2019 19:12:15          Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5163992         E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 28 2019 19:12:48
                HYUNDAI MOTOR FINANCE,    PO BOX 20829,    FOUNTAIN VALLEY, CA 92728-0829
5163993         E-mail/Text: bncnotices@becket-lee.com Mar 28 2019 19:12:16          KOHLS/CAPITAL ONE,
                PO BOX 3115,    MILWAUKEE, WI 53201-3115
5171270         E-mail/Text: bkr@cardworks.com Mar 28 2019 19:12:10          MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5163994         E-mail/Text: bkr@cardworks.com Mar 28 2019 19:12:10          MERRICK BANK CORP,    PO BOX 9201,
                OLD BETHPAGE, NY 11804-9001
5163996        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 28 2019 19:12:40          QUICKEN LOANS INC,
                ATTN CLIENT RELATIONS,    1050 WOODWARD AVE,    DETROIT, MI 48226-1906
5169073        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 28 2019 19:12:40          Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
5163997         E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 19:18:09          SYNCHRONY BANK,
                ATTN BANKRUPTCY DEPT,    PO BOX 965061,    ORLANDO, FL 32896-5061
5164343        +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 19:17:58          Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5164001        +E-mail/Text: BKRMailOps@weltman.com Mar 28 2019 19:12:34          WELTMAN WEINBERG & REIS,
                323 W LAKESIDE AVE STE 200,    CLEVELAND, OH 44113-1009
                                                                               TOTAL: 16
```

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino   on behalf of Debtor 1 Blaine C. Fardella
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                      TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Blaine C. Fardella,
aka Blaine Corey Fardella, aka Blaine Fardella,

**Debtor 1**

Chapter     13

Case No.     5:19−bk−00693−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **April 30, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 7, 2019<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 28, 2019 |

ntcnfhrg (03/18)